UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UMAR AHMAD,

Plaintiff,

v.

DAVID CRIST, TIM LANZ,
LT. VIRGINIA LeVASSEUR,
and MIKE JONSSON,

Defendants.

Civil No. 00-765 (DSD/ESS)

**ORDER**

Plaintiff, a prisoner at the Minnesota Correctional Facility, Stillwater, Minnesota, ("MCF-STW"), commenced this action by filing a complaint in this District on March 27, 2000. He is attempting to sue various prison officials under 42 U.S.C. § 1983, for allegedly violating his federal constitutional rights. Pursuant the scheduling order issued by this Court on June 20, 2000, the deadline for filing nondispositive motions has passed. The deadline for the filing of dispositive motions is December 22, 2000. The only pretrial motion pending before the Court is Plaintiff's motion to proceed in this matter in forma pauperis, ("IFP") [Docket No. 5].

This Court granted Plaintiff's Application to Proceed in forma pauperis in its March 31, 2000, order. Therefore, Plaintiff's motion to proceed in this matter in forma pauperis [Docket No. 5] is **DENIED** as moot.

Dated: November 15, 2000

E.S. SWEARINGEN
United States Magistrate Judge

FILED NOV 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____