# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Umar Ahmad

Case No. Civil 00-765 DSD/ESS

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

David Crist, Tim Lanz,
Virginia LeVasseur and
Mike Johnson

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the motion by the defendants for summary judgment is granted. This action is dismissed.

DATE: August 27, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk