```
    ,trec]                    CFS-1 V8.2
-- Minnesota           31 MAR 2005 - 11:15
 [I]NQUIRE                         Receipt M
aintenance
 REGISTER NO     :300

 RECEIPT NO      :146558

 RECEIPT SUB NO :1        RECEIPT TYPE: A
R  RECEIPT DATE:03/31/05
 TENDER TYPE:2            RECEIPT AMT:
        1.88


 FUND       :5100PL  CASE NO:
     PAYMENT TYPE:
                     DEFENDANT:0

                     BANK CODE:      BAN
K ACCOUNT:


 VOUCHER NO   :0       PAYOR NO:259138929

 SUB VOUCHER :0        VENDOR INV:5000007
65
 FY:     BUDGET ORG:       BUDGET OBJ C
LASS:      SUB OBJ CLASS:
         COST ORG   :       REVENUE SOUR
CE   :
 REMARKS:MCF - LINO LAKES (FOR UMAR AHMA
D ) 00-CV-765
 REMARKS:PARTIAL PAYMENT OF FILING FEE

                           POSTED DATE:
**/**/**   ERR CODE:0
```

SCANNED
MAR 3 1 2005
U.S. DISTRICT COURT ST. PAUL